**APPEAL TRANSMITTAL SHEET (non-death penalty)**

| **Transmittal to 4CCA of notice of appeal filed:** _____ <br><br>___ First NOA in Case <br>___ Subsequent NOA-same party <br>___ Subsequent NOA-new party <br>___ Subsequent NOA-cross appeal <br>___ Paper ROA   ___ Paper Supp. <br> Vols: _____ <br>Other: _____ | **District:** USDC Maryland <br><br>**Division:** Baltimore <br><br>**Caption:** | **District Case No.:** <br><br>**4CCA No(s). for any prior NOA:** <br><br>**4CCA Case Manager:** |
|---|---|---|

**Exceptional Circumstances:**   ___ Bail   ___ Interlocutory   ___ Recalcitrant Witness   ___ Other _____

| **Confinement**-Criminal Case**:** <br>___ Death row-use DP Transmittal <br>___ Recalcitrant witness <br>___ In custody <br>___ On bond <br>___ On probation <br>**Defendant Address**-Criminal Case**:** <br><br><br><br><br><br>**District Judge:** <br><br><br>**Court Reporter** (list all): <br><br><br><br><br>**Coordinator**: | **Fee Status:** <br>___ No fee required (USA appeal)   ___ Appeal fees paid in full   ___ Fee not paid <br>**Criminal Cases:** <br>___ District court granted & did not revoke CJA status (continues on appeal) <br>___ District court granted CJA & later revoked status (must pay fee or apply to 4CCA) <br>___ District court never granted CJA status (must pay fee or apply to 4CCA) <br>**Civil, Habeas & 2255 Cases:** <br>___ Court granted & did not revoke IFP status (continues on appeal) <br>___ Court granted IFP & later revoked status (must pay fee or apply to 4CCA) <br>___ Court never granted IFP status (must pay fee or apply to 4CCA) <br>**PLRA Cases**: <br>___ Proceeded PLRA in district court, no 3-strike determination (must apply to 4CCA) <br>___ Proceeded PLRA in district court, determined to be 3-striker (must apply to 4CCA) <br><br>**Sealed Status** (check all that apply)**:** <br>____ Portions of record under seal <br>____ Entire record under seal <br>____ Party names under seal <br>____ Docket under seal |

| **Record Status for Pro Se Appeals** (check any applicable)**:** <br>___ Assembled electronic record transmitted <br>___ Additional sealed record emailed to 4cca-filing <br>___ Paper record or supplement shipped to 4CCA <br>___ No in-court hearings held <br>___ In-court hearings held – all transcript on file <br>___ In-court hearings held – all transcript not on file <br>___ Other: | **Record Status for Counseled Appeals** (check any applicable)**:** <br>___ Assembled electronic record available if requested <br>___ Additional sealed record available if requested <br>___ Paper record or supplement available if requested <br>___ No in-court hearings held <br>___ In-court hearings held – all transcript on file <br>___ In-court hearings held – all transcript not on file <br>___ Other: |
|---|---|

Deputy Clerk: _____ Phone:_____  Date:_____

01/2012