FILED: November 23, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2469
(1:15-cv-01107-JKB)

_____

MIA MASON, individually, and on behalf of all others similarly situated

        Plaintiff - Appellant

v.

MACHINE ZONE, INC., a Delaware corporation

        Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Baltimore |
| Originating Case Number | 1:15-cv-01107-JKB |
| Date notice of appeal filed in originating court: | 11/19/2015 |
| Appellant | Mia Mason |
| Appellate Case Number | 15-2469 |
| Case Manager | Amy L. Carlheim<br>804-916-2702 |